IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHANKARBHAI PATEL and SITABEN PATEL, | : : : |
| Plaintiffs, | : : |
| v. | Case No. 7:23-cv-56-WLS : : |
| ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, *et al.* | : : : : |
| Defendants. | : : |

## STIPULATION REGARDING TIME TO RESPOND TO THE COMPLAINT

On May 4, 2023, Plaintiffs filed their Complaint in this matter. (ECF No. 1.) Based on the date that Defendants were served, the deadline for Defendants to respond to the Complaint is July 24, 2023. Pursuant to Local Rule 6.1, the parties now file this stipulation advising the Court that Plaintiffs and Defendants consent and agree that the date for Defendants' response to the Complaint shall be extended for thirty (30) days—up to and including Wednesday, August 23, 2023.

(signatures on next page)

Respectfully submitted this 19th day of July, 2023.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:    *s/Roger C. Grantham, Jr.*
         ROGER C. GRANTHAM, JR.
         Assistant United States Attorney
         Georgia Bar No. 860338
         United States Attorney's Office
         Middle District of Georgia
         P. O. Box 2568
         Columbus, Georgia 31902
         Phone: (706) 649-7728
         roger.grantham@usdoj.gov

         *Counsel for Defendants*


         *s/Bhavya Chaudhary*
         Bhavya Chaudhary, Esq.
         Bhavya Chaudhary & Associates, LLC
         Georgia Bar No. 892360
         700 Holcomb Bridge Road
         Norcross, GA 30071
         678-292-6111
         bhavya@bcalawfirm.com

         *Counsel for Plaintiffs*


SO ORDERED this 19th day of July, 2023.

W. Louis Sands, Sr. Judge
United States District Court