IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SHANKARBHAI AMBALAL PATEL** and **SITABEN SHANKARBHAI PATEL,**  Plaintiffs,  v.  **ALEJANDRO MAYORKAS,** Secretary of Department of Homeland Security, *et al.*,  Defendants. | : : : : : : : : : : : : : :  CASE NO: 7:23-cv-56 (WLS) |

### ORDER

Before the Court is the Stipulation of Dismissal (Doc. 6) ("Stipulation") filed by counsel for the Defendants and signed on behalf of Plaintiffs and Defendants by their respective counsel. The Parties stipulate to the dismissal of this action with each party to bear its own attorney's fees and costs. The Stipulation does not indicate whether the dismissal is with prejudice, and therefore, such dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B) (unless the stipulation states otherwise, the dismissal is without prejudice).

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Stipulation (Doc. 6) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiffs' claims pending against Defendants are **DISMISSED**, **WITHOUT PREJUDICE**, with each party bearing their own attorney's fees and costs.

**SO ORDERED**, this 11th day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**