IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SHANKARBHAI PATEL and SITABEN PATEL, | * |
| | * |
| Plaintiffs, | Case No. 7:23-cv-56 (WLS) |
| v. | * |
| ALEJANDRO MAYORKAS et al., | * |
| Defendants. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated August 11, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk